RUSSELL S. HUMPHREY, SBN 208744
HUMPHREY LAW GROUP
1420 S. Mills Ave., Ste. H
Lodi, CA  95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for PLAINTIFF:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>A.T. DINER, INC., PILOT TRAVEL CENTER'S LLC, CAT SCALE COMPANY, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  2:13-cv-01564-MCE-CKD<br><br>**MOTION TO DISMISS WITH PREJUDICE AND ORDER GRANTING SUCH DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE, THIS HONORABLE COURT AND ALL PARTIES OF SUCH PROCEEDING:**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff moves this honorable court to dismiss the Plaintiff's complaint with Prejudice.

1.  Specifically, Plaintiff has filed, and served the Complaint on Defendants, for the damages Plaintiff has allegedly incurred from the discrimination he experienced, as a result of his disability, on, or around August 2011.

2. Defendants have not yet served an Answer on Plaintiff.

3. Plaintiff and Defendants have entered into a settlement agreement to fully settle all claims arising out of the August 2011 incident.

4. The terms and conditions of such settlement agreement have been fully satisfied by Defendant.

Therefore, Plaintiff, as agreed to via the settlement agreement, now moves this court to dismiss such action with prejudice.

Date: November 7th, 2013.

/s/ Russell S. Humphrey
By: Russell S. Humphrey
Attorney for Plaintiff,
CYNTHIA HOPSON

/s/Daniel Malakauskas
By: Daniel Malakauskas,
Attorney for Plaintiff,
CYNTHIA HOPSON

MOTION TO DISMISS WITH PREJUDICE AND ORDER

2

**ORDER**

Upon reviewing, seeing, and reading all pertinent evidence and argument for Plaintiff's Motion to Dismiss the Action with Prejudice, and having weighed such, **IT IS HEREBY ORDERED**, that this action is dismissed with prejudice.

Dated:  November 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT